**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES          *
                                *
     v.                    *        CRIM. NO. 21-cr-369-2 (SDW)
                                *
                                *
ELIJAH WILLIAMS      *
                             *****

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

In accordance with Standing Order 2020-06, this Court finds:

☑    That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

☑    Video Teleconferencing

☐    Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

     ☐    The Defendant (or the Juvenile) is detained at a facility lacking video

teleconferencing capability.

     ☐   Other:

Date: June __16th__ , 2021                    _____

                                          Honorable Susan D. Wigenton
                                          United States District Judge